UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-21108-CMA

DALONTA CRUDUP,

    Plaintiff,

v.

CITY OF MIAMI BEACH, et al.,

    Defendants.

_____/

**DEFENDANT CITY OF MIAMI BEACH'S**
**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendant CITY OF MIAMI BEACH, by and through its undersigned attorney and pursuant to this Court's Order Requiring Scheduling Report and Certificates of Interested Persons [ECF No. 12], states as follows:

The following persons, firms, partnerships, and/or corporation have a financial interest in the outcome of this case:

1. Plaintiff, Dalonta Crudup

2. David A. Frankel, Esquire, Counsel for Plaintiff

3. Law Offices of David A. Frankel, P.A., Counsel for Plaintiff

4. Defendant, City of Miami Beach

5. Henry J. Hunnefeld, Esquire, Counsel for City of Miami Beach

6. Freddi R. Mack, Esquire, Counsel for City of Miami Beach

7. Benjamin Z. Braun, Esquire, Counsel for City of Miami Beach

8. Defendant, Officer Kevin Perez

9. Defendant, Sgt. Jose Perez

10. Buschel Gibbons, P.A., Counsel for Officer Kevin Perez and Sgt. Jose Perez

11. Robert C. Buschel, Esquire, Counsel for Officer Kevin Perez and Sgt. Jose Perez

12. Defendant, Lieutenant Jose Reina

13. Switkes & Zappala, P.A., Counsel for Lieutenant Jose Reina

14. Robert L. Switkes, Esquire, Counsel for Lieutenant Jose Reina

15. Bradley F. Zappala, Esquire, Counsel for Lieutenant Jose Reina

>RICARDO DOPICO, CITY ATTORNEY
>CITY OF MIAMI BEACH
>1700 CONVENTION CENTER DRIVE
>4TH FLOOR-LEGAL DEPARTMENT
>MIAMI BEACH, FLORIDA 33139
>TEL: (305) 673-7470
>FAX: (305) 673-7002
>
>By: /s/*Freddi Mack*
>HENRY J. HUNNEFELD
>First Assistant City Attorney
>henryhunnefeld@miamibeachfl.gov
>Florida Bar No. 343811
>FREDDI MACK
>Senior Assistant City Attorney
>freddimack@miamibeachfl.gov
>Florida Bar No. 111623
>BENJAMIN Z. BRAUN
>Assistant City Attorney
>benjaminbraun@miamibeachfl.gov
>FL BAR NO. 1017937